Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE SUBPOENAS TO DR. ROBERT BUYNAK | Case No. 2:23-mc-000012<br><br>Related to Case No. 1:20-cv-00667-RGA<br><br>Pending in the U.S. District Court for the District of Delaware |

### DR. ROBERT J. BUYNAK'S DELCARATION IN OPPOSITION TO GOLI NUTRITION'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THE DEPOSTITION OF DR. ROBERT J. BUYNAK

I, Dr. Robert J. Buynak, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct:

1. Until at least March 13, 2020, I owned Buynak Clinical Research, LLC, located at 55 University Drive Suite 106, Valparaiso, IN.

2. On or after March 13, 2020, I sold Buynak Clinical Research to Velocity Clinical Research, Inc.

3. Presently, I am the principal investigator at Valparaiso - Velocity Clinical Research. Velocity Clinical Research is an integrated research site organization, comprised of eighty research sites that are geographically dispersed across the United States, Europe, and includes a technology hub in Hyderabad, India.

4. I am neither an employee of GOLO, LLC nor a party to *GOLO, LLC, v. Goli Nutrition Inc., et. al.*, Case No. 1:20-cv-00667-RGA (D. Del.).

5. I am the only principal investigator for Velocity Clinical Research in Indiana. As the principal investigator, I oversee twenty employees. I am responsible for ensuring that the

clinic conducts objective research that generates independent, high quality results. I am also responsible for the design, conduct, and reporting of research. I also manage and monitor the integrity of any collaborative relationships.

6. In addition to my responsibilities as the principal investigator, I am the only medical doctor on-site at Valparaiso - Velocity Clinical Research. As the only medical doctor, I monitor and care for research subjects. I also treat patients according to trial protocols, evaluate and record subject responses, and document side effects. There are currently 20 ongoing clinical trials and studies at my facility.

7. Given the responsibilities listed above, I am required to be (and am) on-site every day. It would be unduly burdensome for me, my employees, and our patients, for me to prepare for and be deposed as a non-party witness.

8. In or around 2017, Buynak Clinical Research entered into a research consulting agreement with GOLO, LLC, to conduct two clinical studies. The first study ran from July 2017 to October 2017. The second study ran from July 2018 until around December 2018. The results of both studies were published in *Trends in Diabetes and Metabolism*, and are publicly available.

9. Data for both of these studies was stored electronically in an Excel spreadsheet in lieu of printed records.

10. The Excel spreadsheet was saved on my laptop, which was destroyed when I left the computer in the rain sometime after July 2019.

11. In 2017 and through 2019, I used the email address rbuynak@att.net. That email account was hacked on or after December 2019, and I discontinued the account to stop the continued theft of my personal data. I no longer have access to communications sent to or from the rbuynac@att.net email account.

2

12. After I sold Buynak Clinical Research to Velocity Clinical Research, the storage room at the clinical facility was moved and all of the records from Buynak Clinical Research were destroyed. I have searched for, and confirmed, that I am no longer in possession of the underlying consulting agreement, documents, or data from the two published clinical studies that I completed for GOLO, LLC.

13. I do not recall the details of the studies conducted five and six years ago, beyond the information printed in the publicly available published materials. I do not have access to any documents to refresh my recollection.

Executed this _10_ day of February, 2023

_____ MD
Dr. Robert J. Buynak